# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MANUEL D. BAHOQUE-DELEON,

          Respondent

          v.

TIMOTHY KRAWCZUK AND GARDA CL
ATLANTIC, INC.,

          Petitioners

:  No. 456 EAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.